Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
Sheri R. Lalehzarian (SBN 346917)
sl@kbklawyers.com
**KABATECK LLP**
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

James L. Simon (*pro hac vice*)
james@simonsayspay.com
**SIMON LAW CO.**
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696

Michael L. Fradin (*pro hac vice*)
mike@fradinlaw.com
**FRADIN LAW**
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SHARON OLIVEIRA, and SIMONE FRANCO DE ANDRADE BOYCE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation, ON LINE INTERPRETERS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-02410-PCP<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA, CLASS ACTION, AND REPRESENTATIVE PAGA ACTION SETTLEMENT**<br><br>Judge:       Hon. P. Casey Pitts<br>Date:        January 9, 2024<br>Time:        10:00 a.m.<br>Courtroom:    8 (4th Floor) |

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on January 9, 2024, in Courtroom 8 of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, CA 95113, Plaintiffs Sharon Oliveira and Simone Franco de Andrade Boyce ("Named Plaintiffs"), individually and on behalf of all others similarly situated will, and hereby do, respectfully move this Court for an order granting final approval of the FLSA, Class Action, and Representative PAGA Action Settlement and Entering Judgment (the "Motion for Final Approval").[1] Subject to this Court's approval, the Final Approval Order will do the following:

1.    Certify this action as an FLSA collective action under 29 U.S.C. § 216(b) and as a class action under Fed. R. Civ. Pro. 23(a) and (b)(3) for purposes of settlement only;

2.    Find dissemination of the Notices of Settlement[2] was accomplished as directed and met the requirements of due process;

3.    Approve the Settlement, adjudging the terms thereof to be fair, reasonable, and adequate;

4.    Direct that the Gross Settlement Amount be distributed in accordance with the terms of the Settlement Agreement;

5.    Approve the Representative PAGA Gross Settlement Amount of $225,000;

---

[1] It should be noted that Plaintiffs' motion for attorney's fees, costs, service award, and claims administration costs will be heard during the same hearing. In that regard, Plaintiffs filed a separate motion on September 16, 2024 (Dkt. 75).

[2] Unless otherwise stated, all capitalized terms used herein are defined and carry the same definition as the terms used in the Class and Collective Action Settlement Agreement and Release (the "Settlement Agreement," a true and correct copy of which is attached as **Exhibit 1** to the Declaration of Shant A. Karnikian in Support of Plaintiffs' Motion for Preliminary Approval (Dkt. 61)).

-1-

6.     Exclude from the California Settlement Class those persons who properly and timely request exclusion;

7.     Dismiss the action with prejudice with respect to the claims of Named Plaintiffs, the California Settlement Class, the FLSA Settlement Collective, and the PAGA Representative Group;

8.     Declare that Named Plaintiffs are bound by the Named Plaintiff Release, all California Settlement Class Members are bound by the California Release, all FLSA Settlement Collective Members are bound by the FLSA Release, and all PAGA Representative Group Members are bound by the PAGA Release;

9.     Permanently bar these Settlement Group Members from prosecuting the Released Claims; and

10.     Retaining continuing jurisdiction over this Action for purposes only of overseeing all settlement administration matters.

The Motion for Final Approval is based on this notice; the accompanying Memorandum of Points and Authorities; the Order Granting Preliminary Approval of the FLSA and Class Action Settlement (Dkt. 69); accompanying declarations of Class Counsel and Laura Singh on behalf of CPT Group (the appointed Settlement Administrator); the Final Approval Order; and other records and documents filed in this action, and such other matters as may be properly presented at or before the Final Approval Hearing.

DATED: November 27, 2024          Respectfully submitted,

**KABATECK LLP**

By: */s/ Sheri R. Lalehzarian*
         Brian S. Kabateck
         Shant Karnikian
         Jerusalem F. Beligan
         Sheri R. Lalehzarian

-2-

**SIMON LAW CO.**

By: /s/ *James L. Simon*_____
      James L. Simon

**FRADIN LAW**

By: /s/ *Michael L. Fradin*_____
      Michael L. Fradin

*Attorneys for Plaintiffs and the Putative Classes*

-3-