Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
Sheri R. Lalehzarian (SBN 346917)
sl@kbklawyers.com
**KABATECK LLP**
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

James L. Simon (*pro hac vice*)
james@simonsayspay.com
**SIMON LAW CO.**
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696

Michael L. Fradin (*pro hac vice*)
mike@fradinlaw.com
**FRADIN LAW**
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SHARON OLIVEIRA, and SIMONE FRANCO DE ANDRADE BOYCE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation, ON LINE INTERPRETERS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-02410-PCP<br><br>Honorable P. Casey Pitts<br><br>**CLASS ACTION**<br><br>**NOTICE OF DELAYED DISBURSEMENT OF CLASS MEMBER SETTLEMENT PAYMENTS**<br><br>Initial Complaint Filed: April 18, 2022<br>FAC Filed: January 23, 2023 |

Plaintiffs Sharon Oliveira ("Plaintiff Oliveira") and Simone Franco de Andrade Boyce ("Plaintiff Boyce," collectively "Plaintiffs") and Defendants Language Line Services, Inc. ("LLS") and On Line Interpreters, Inc. ("OLI," collectively "Defendants") (Plaintiffs and Defendants are hereafter referred to as "the Parties") submit this notice to notify the Court that there is a short delay in the disbursement of settlement payments to class members.

Per the settlement agreement and the Court's order granting final approval of the settlement on February 24, 2025 (Dkt. 83), settlement funds were to be disbursed to class members by April 10, 2025. On April 15, 2025, the settlement administrator informed Class Counsel and counsel for Defendants that due to multi-state tax preparation and reporting requirements, the funds will now be disbursed not later than April 18, 2025.

The delay was due to unforeseen circumstances. The short delay was not caused by counsel and will not prejudice class members.

DATED: April 16, 2025                Respectfully submitted,

**KABATECK LLP**

By: /s/ *Sheri R. Lalehzarian*
    Brian S. Kabateck
    Shant Karnikian
    Jerusalem F. Beligan
    Sheri R. Lalehzarian

**SIMON LAW CO.**

By: /s/ *James L. Simon*
    James L. Simon

-1-

NOTICE OF DELAYED DISBURSEMENT OF CLASS MEMBER SETTLEMENT PAYMENTS

**FRADIN LAW**

By: /s/ *Michael L. Fradin*
Michael L. Fradin

*Attorneys for Plaintiffs and the Putative Classes*

Dated: April 16, 2025

**ATTWOOD GREGG LLP**

By: */s/ Joel P. Kelly*
Joel P. Kelly
Jessica C. Gregg

**FENTON & KELLER**

By: */s/ Elizabeth R. Leitzinger*
Elizabeth R. Leitzinger

*Attorneys for Defendant*