1  Brian S. Kabateck (SBN 152054)
   bsk@kbklawyers.com
2  Shant Karnikian (SBN 285048)
3  sk@kbklawyers.com
   Jerusalem F. Beligan (SBN 211258)
4  jfb@kbklawyers.com
   Sheri R. Lalehzarian (SBN 346917)
5  sl@kbklawyers.com
   **KABATECK LLP**
6  633 W. Fifth Street, Suite 3200
7  Los Angeles, CA 90071
   Telephone: (213) 217-5000
8
   *Attorneys for Plaintiffs and Putative Classes*
9  [additional Counsel listed on the following page]

10

11

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14                              **SAN JOSE DIVISION**

15

| | |
|---|---|
| 16  SHARON OLIVEIRA, and SIMONE FRANCO DE ANDRADE BOYCE, individually and on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>              v.<br><br>  vs.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation, ON LINE INTERPRETERS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 5:22-CV-02410-PCP<br><br>**DISBURSEMENT DECLARATION OF LAURA SINGH OF SETTLEMENT ADMINISTRATOR CPT GROUP, INC.** |

1 | James L. Simon (pro hac vice)
2 | james@simonsayspay.com
  | **SIMON LAW CO.**
3 | 11 ½ N. Franklin Street
  | Chagrin Falls, Ohio 44022
4 | Telephone: (216) 816-8696

5 | Michael L. Fradin (pro hac vice)
  | mike@fradinlaw.com
6 | **FRADIN LAW**
7 | 8401 Crawford Ave., Ste. 104
  | Skokie, IL 60076
8 | Telephone: (847) 986-5889

9 | *Attorneys for Plaintiffs and Putative Classes*

10 | Jessica C. Gregg (SBN 276543)
11 | jcg@attwoodgregg.com
   | Joel P. Kelly (SBN 100716)
12 | jpk@attwoodgregg.com
   | **ATTWOOD GREGG LLP**
13 | 527 W. 7th St., Suite 1200
   | Los Angeles, CA 90014
14 | Telephone: (213) 985-2233

15 | *Attorneys for Defendants*

1  I, Laura Singh, declare as follows:

2      1.    I am a Senior Case Manager for CPT Group, Inc. ("CPT"), the Court-approved
3  class action Settlement Administrator for *Oliveira, et al., v. Language Line Services, Inc., et al.*
4  I have personal knowledge of the facts set forth in this declaration and, if called upon to testify,
5  I could and would testify competently to such facts.

6      2.    CPT has extensive experience in providing notice of class actions and
7  administering class action settlements. In the past 30 plus years, we have provided notification
8  and/or claims administration services in hundreds of class action cases.

9      3.    On February 24, 2025, the Court approved the Settlement in this case in the total
10  amount of $3,725,000.00. A total of 4,660 combined of FLSA-only and California-FLSA
11  Collective Participating Members were deemed qualified to receive a settlement payment
12  pursuant to the terms of the Settlement Agreement, including 631 Aggrieved Employees.

13      4.    Pursuant to the Order Granting Motion for Final Approval of Settlement ("Final
14  Order"), it was determined that attorneys' fees and costs will total $1,165,147.95, consisting of
15  $1,117,500.00 in fees and $47,647.95 in costs.

16      5.    Pursuant to the Final Order, it was determined that the amount allocated to the
17  named Plaintiffs for their Service Awards is $10,000.00, and $9,000.00 to the Opt-In Plaintiffs,
18  for a total of $19,000.00.

19      6.    Pursuant to the Final Order, it was determined that CPT's settlement
20  administration costs will total $50,000.00.

21      7.    Pursuant to the Final Order, it was determined that $168,750.00 is allocated to the
22  Labor & Workforce Development Agency (LWDA) for claims under the Labor Code Private
23  Attorneys General Act of 2004.

24      8.    Pursuant to the Final Order, it was determined that $56,250.00 is allocated to
25  Aggrieved Employees for claims under the Labor Code Private Attorneys General Act of 2004.

26      9.    Pursuant to the Final Order, it was determined that $800,500.00 is allocated to the
27  FLSA Collective.

28

1    10.    Pursuant to the Final Order, it was determined that $1,332,833.33 is allocated to the California Class.

2    11.    CPT was selected by the parties to provide notice of settlement and disburse the fund in this action. In this capacity, CPT obtained an EIN from the IRS and opened a bank account through Banc of California. This account was titled *Oliveira v. Language Line Services Inc. Fund,* also known as the Qualified Settlement Fund ("QSF").

12.    On March 10, 2025, the settlement account was funded a total amount of $3,856,090.20, representing the required amount to pay the Participating Class Members, Aggrieved Employees, Class Counsel Fees and Costs, LWDA, Plaintiff Service Payments, administration fees and employer taxes.

13.    On March 10, 2025, CPT completed a wire transfer from the QSF to Kabateck LLP in the total amount of $383,099.60 representing awarded fees and costs.

14.    On March 10, 21025, CPT completed a wire transfer from the QSF to Simon Law Co. in the total amount of $388,077.29 representing awarded fees and cost.

15.    On March 10, 2025, CPT completed a wire transfer from the QSF to Fradin Law in the total amount of $387,471.06 representing awarded fees and cost.

16.    On March 26, 2025, CPT issued checks totaling $10,000.00 from the QSF payable to Plaintiffs' Sharon Oliveira and Franco De Andrade Boyce, a total of $9,000.00 to the opt-in Plaintiffs', and $168,750.00 to the LWDA. With the reduction of payments to the named Plaintiffs by $6,000.00 and the reduction to counsel's fee by $124,166.67, the NSA was increased by $130,166.67 for a total of $2,378,352.05 to the PAGA, FLSA, and California class.

17.    On April 18, 2025, CPT issued a check from the QSF in the amount of $50,000.00 for the approved administration costs. Using non-Settlement Funds, Counsel for Plaintiff and Counsel for Defendant additionally submitted individual payments of $6,500.00 to cover cost associated with additional administration services, for a total of $63,000.00.

18.    On April 18, 2025, CPT issued 4,660 checks from the QSF representing the Individual Settlement Payments. The checks were payable to each of the Participating FLSA

1  Collective, and California Class Members and Aggrieved Employees for their respective
2  settlement amounts, totaling $1,942,633.31 after the deduction of payroll taxes as applicable.
3      19.    All settlement checks are valid for 180 days from the date the check was mailed,
4  or October 15, 2025, as pursuant to the terms of the Settlement Agreement. A check reminder
5  postcard will be sent within 90 calendar days after the initial check mailing, or July 17, 2025.
6      20.    As of the date of this declaration, 4,570 checks remain uncashed totaling
7  $1,835,789.13.
8      21.    One-hundred and eighty (180) days from the date which appears on the
9  Settlement checks, the Settlement Administrator will void the uncashed checks and send the
10 corresponding unclaimed funds for California Settlement Class Members to the State
11 Controller's Office in the name of the California Settlement Class Member; and any
12 unclaimed funds from any FLSA Settlement Collective Member who is outside California
13 should escheat to those employees' home states in the names of the FLSA Settlement
14 Collective Members.
15     22.    Disbursements to the Participating Class Members, Aggrieved Employees,
16 Named Plaintiffs, Opt-In Plaintiffs, LWDA, claims administrator, and Class Counsel were
17 completed in compliance with the Final Order and the Settlement Agreement.
18     23.    Following the check cashing deadline on October 15, 2025, CPT will provide a
19 supplemental declaration addressing the number of cashed checks and their total.

21 I declare under penalty of perjury under the laws of the United States and the state of
22 California that the foregoing is true and correct, and that this declaration is executed this 29th
23 day of April 2025, at Irvine, California.

26 _Laura Singh_
27 Laura Singh